**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 18, 2020**

---

Form a0ogrfnd
(Rev. 12/19)

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

---

In Re:  Steven D. Tolle

       Debtor(s)

SSN/TAX ID:
    xxx−xx−0687

Case No.: 3:08−bk−33996

Chapter:  7

Judge:  Guy R Humphrey

---

### ORDER GRANTING
### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 61)

   This matter is before the Court on the Application for Payment of Unclaimed Funds filed by Steven Douglas Tolle on March 16, 2020.  It appears to the Court that the Application is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $4,073.34 to the order of Steven Douglas Tolle at the following address:

          143 Tranquil Drive
          Xenia OH 45385

   The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**IT IS SO ORDERED.**

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215